# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GLADYS E. LEWIS } | |
| Plaintiff } | |
| v. } | Case Number: 2:12-cv-1067-SLB |
| } | |
| MORGAN JACKSON LLC, et al. } | |
| Defendants } | |

## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, National Credit Adjusters LLC, was duly served and that the defendant, National Credit Adjusters LLC, has failed to answer or otherwise plead to the complaint;

It is ADJUDGED that the defendant, National Credit Adjusters LLC, is in default and that the plaintiff, Gladys E. Lewis, has and recovers of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

DONE on November 27, 2012.

SHARON N. HARRIS, CLERK


By:___/s/ C.V. Alexander_____
       Deputy Clerk